UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNEROLL HOLDINGS PTY LIMITED and DENNEROLL INDUSTRIES INTERNATIONAL PTY LIMITED, | § § § § |
| *Plaintiffs*, | §  Civil Action No. 4:15-cv-740 |
| v. | § § JURY |
| CHIRODESIGN GROUP, LLC and MARIE L. WEBSTER, INDIVIDUALLY AND DBA CHIRODESIGN GROUP, | § § § § § |
| *Defendants*. | § |

**ORDER**

Having considered Plaintiffs' Motion to Compel filed July 19, 2016 (Doc. No. ____) (the "Motion") and the applicable matters of record, the Motion is hereby GRANTED.

It is ORDERED that:

(1) Defendants shall produce Joshua Lynn for deposition beginning at 9:00 am on July 21, 2016 at the office of Defendants' counsel in Houston (or at another time and place agreeable to Plaintiffs, if applicable);

(2) Defendants Webster and ChiroDesign Group, LLC shall be produced for deposition on two consecutive days agreeable to Plaintiffs during the week of July 25th – July 29th at the office of Plaintiffs' counsel in Houston (and the discovery deadline is extended for this purpose); and

(3) Defendants shall pay Plaintiffs' reasonable expenses incurred in making the Motion, including attorney's fees.  If no amount can be agreed upon by the parties, Plaintiffs may submit the matter to the Court for a determination.

1

2

IT IS SO ORDERED.

      SIGNED on _____, 2016.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE